THE PEOPLE OF THE STATE OF NEW YORK ex rel. PETER CLANCY, Appellant, *v.* RHINELANDER WALDO, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Clancy* v. *Waldo*, 157 App. Div. 914, affirmed.
(Argued January 5, 1914; decided January 20, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 20, 1913, which dismissed a writ of certiorari and confirmed the proceedings of the defendant in dismissing

the relator from the police force of the city of New York.

*Timothy A. Leary* and *John McTigue* for appellant.

*Archibald R. Watson, Corporation Counsel (Terence Farley* and *Harry Crone* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK and MILLER, JJ. Absent: WERNER, J.